IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                      CRIMINAL NO. 3:05cr48TSLJCS

JEREMIAH ROBINSON

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, JEREMIAH ROBINSON, without prejudice.

                                                             DUNN LAMPTON
                                                              United States Attorney

                                                              s/Woody Bond
                               By:     WOODY BOND
                                                               Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this  20th  day of April, 2006.

                                                               /s/ Tom S. Lee
                                                               UNITED STATES DISTRICT JUDGE